THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES M. COLMEY, Appellant.

*People* v. *Colmey*, 117 App. Div, 462, affirmed.
(Argued March 14, 1907; decided April 2, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1907, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Clark L. Jordan* and *Charles Lex Brooke* for appellant.

*William Travers Jerome,* District Attorney (*E. Crosby Kindleberger* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.